**No. 39514.**—Protests 803227–G, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.